IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Salvatore Juliano Sowell,

        Plaintiff,                                 Case No. 2:25-cv-595
                                                Judge James L. Graham
      v.                                     Magistrate Judge Chelsey M. Vascura

The Huntington Bank,

        Defendant.

<u>Order</u>

        This matter is before the Court on the Magistrate Judge's June 3, 2025 Report and Recommendation. The Magistrate Judge conducted an initial screen of the complaint under 28 U.S.C. § 1915(e)(2) and recommended that the complaint be dismissed for failure to state a claim over which this Court has subject matter jurisdiction.

        No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 8), which is hereby adopted. Accordingly, plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim over which this Court has subject matter jurisdiction.

                                                                               s/ James L. Graham
                                                                               JAMES L. GRAHAM
                                                                               United States District Judge

DATE: July 1, 2025